UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AL RAMSDALL, individually and d/b/a Custom Decorators<br><br>　　　　　Defendant. | Case No. 08-cv-180-JPG |

**MEMORANDUM AND**
**ORDER TO SHOW CAUSE**

This matter comes before the Court for case management purposes. The plaintiffs filed this action and served the defendant in March 2008. The defendant did not respond in a timely manner, yet the plaintiffs have not moved for default pursuant to Federal Rule of Civil Procedure 55(a).

The Court hereby **ORDERS** the plaintiffs to **SHOW CAUSE** on or before August 28, 2009, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order may result in dismissal of this action. The plaintiffs' filing of a proper motion for entry of default shall be a satisfactory response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: August 13, 2009**

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**