IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND AND PAINTERS DISTRICT COUNCIL NUMBER 58, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 08-cv-180-JPG ) |
| AL RAMSDALL d/b/a CUSTOM DECORATORS and AL RAMSDALL, INDIVIDUALLY, | ) ) ) |
| Defendant | ) |

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                          **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated: January 14, 2010**                    s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**